# EXHIBIT 1

Case 5:14-cv-01165-F91- Document 1-1 Filed 10/24/14 Page 2 of 5

# OSCN
*www.oscn.net*
### THE OKLAHOMA STATE COURTS NETWORK

**Home   Courts   Court Dockets   Legal Research   Calendar   Help**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| MAVERICK MART, LLC,<br>　　Plaintiff,<br>v.<br>NORTH STAR MUTUAL INSURANCE COMPANY, THE INSURANCE CENTER AGENCY, INC., MERIDIAN CLAIMS SERVICE, LLC, AND WES L. BUELL,<br>　　Defendant. | No. CJ-2014-2891<br>(Civil relief more than $10,000:<br>BAD FAITH INSURER LIABILITY)<br><br>Filed: 05/19/2014<br><br>Judge: Swinton, Barbara G. |

## Parties

Buell, Wes L. , Defendant
Maverick Mart LLC , Plaintiff
Meridian Claims Service Llc , Defendant
North Star Mutual Insurance Company , Defendant
The Insurance Center Agency Inc , Defendant

## Attorneys

| Attorney | Represented Parties |
|---|---|
| COWAN, J DEREK(Bar # 31525)<br>ABOWITZ, TIMBERLAKE, DAHNKE & GISINGER PC<br>105 N. HUDSON, TENTH FLOOR<br>P.O. BOX 1937<br>OKLAHOMA CITY, OK 73101 | Meridian Claims Service Llc, |
| Houghton, Drew J.(Bar # 18080)<br>PO BOX 890420<br>OKC, OK 73189 | Maverick Mart LLC, |
| TIMBERLAKE, SARAH J(Bar # 7532)<br>ABOWITZ, TIMBERLAKE, DAHNKE, & GISINGER P.C.<br>PO BOX 1937<br>OKLAHOMA CITY, OK 73101 | Meridian Claims Service Llc, |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

Case 5:14-cv-01065-R   Document 1-1   Filed 10/24/14   Page 3 of 5

| | | | | |
|---|---|---|---|---|
| Issue # 1. | | Issue: BAD FAITH INSURER LIABILITY (INSURE) | | |
| | | Filed by: Maverick Mart LLC | | |
| | | Filed Date: 05/19/2014 | | |
| | **Party Name:** | **Disposition Information:** | | |
| | | Pending. | | |

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 05-19-2014 | TEXT | 1 | | 78502576 | May 19 2014 4:52:19:927PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 05-19-2014 | INSURE | - | | 78502578 | May 19 2014 4:52:19:977PM | Realized | $ 0.00 |
| | BAD FAITH INSURER LIABILITY | | | | | | |
| 05-19-2014 | DMFE | - | | 78502579 | May 19 2014 4:52:19:997PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 05-19-2014 | PFE1 | - | | 78502580 | May 19 2014 4:52:19:997PM | Realized | $ 163.00 |
| | PETITION($ 163.00) | | | | | | |
| 05-19-2014 | PFE7 | - | | 78502581 | May 19 2014 4:52:19:997PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 05-19-2014 | OCISR | - | | 78502582 | May 19 2014 4:52:19:997PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 05-19-2014 | CCADMIN02 | - | | 78502583 | May 19 2014 4:52:19:997PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 05-19-2014 | OCJC | - | | 78502584 | May 19 2014 4:52:19:997PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 05-19-2014 | OCASA | - | | 78502585 | May 19 2014 4:52:19:997PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 05-19-2014 | CCADMIN04 | - | | 78502586 | May 19 2014 4:52:19:997PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 05-19-2014 | LTF | - | | 78502587 | May 19 2014 4:52:20:347PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 05-19-2014 | SMF | - | | 78502593 | May 19 2014 4:52:32:867PM | Realized | $ 20.00 |
| | 4X SUMMONS FEE($ 20.00) | | | | | | |
| 05-19-2014 | P | - | | 78527304 | May 21 2014 1:44:30:670PM | - | $ 0.00 |
| | PETITION | | | | | | |
| | *Document Available (#1025635948)* | | | | | | |
| 05-19-2014 | TEXT | - | | 78502577 | May 19 2014 4:52:19:957PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE SWINTON, BARBARA G. TO THIS CASE. | | | | | | |

Case 5:14-cv-01165-F Document 1-1 Filed 10/24/14 Page 4 of 5

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 05-19-2014 | ACCOUNT | - | | 78502595 | May 19 2014 4:52:39:957PM | - | $ 0.00 |

RECEIPT # 2014-3365780 ON 05/19/2014.
PAYOR:MERLIN LAW GROUP PA TOTAL AMOUNT PAID: $183.00.
LINE ITEMS:
CJ-2014-2891: $183.00 ON AC01 CLERK FEES.

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 05-19-2014 | ACCOUNT | - | | 78502635 | May 19 2014 4:55:18:697PM | - | $ 0.00 |

RECEIPT # 2014-3365785 ON 05/19/2014.
PAYOR:FOSHEE & YAFFE TOTAL AMOUNT PAID: $50.70.
LINE ITEMS:
CJ-2014-2891: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2014-2891: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2014-2891: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2014-2891: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS
REVOLVING FUND.
CJ-2014-2891: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2014-2891: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2014-2891: $10.00 ON AC81 LENGTHY TRIAL FUND.

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 09-26-2014 | SMF | - | | 79895566 | Sep 26 2014 1:54:10:250PM | Realized | $ 5.00 |

SUMMONS FEE (CLERKS FEE)($ 5.00)

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 09-26-2014 | ACCOUNT | - | | 79895740 | Sep 26 2014 2:00:10:000PM | - | $ 0.00 |

RECEIPT # 2014-3452680 ON 09/26/2014.
PAYOR:MERLIN LAW TOTAL AMOUNT PAID: $5.00.
LINE ITEMS:
CJ-2014-2891: $5.00 ON AC01 CLERK FEES.

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-03-2014 | EAA | - | | 79975937 | Oct 6 2014 11:00:21:560AM | - | $ 0.00 |

ENTRY OF APPEARANCE BY SARAH J TIMBERLAKE AND J DEREK COWAN AS COUNSEL
FOR DEFENDANT MERIDIAN CLAIMS SERVICE LLC
📄 *Document Available (#1027401809)*

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-03-2014 | MO | - | | 80033063 | Oct 9 2014 1:41:25:627PM | - | $ 0.00 |

DEFENDANT MERIDIAN CLAIMS SERVICE, LLC'S MOTION TO DISMISS AND BRIEF IN
SUPPORT
📄 *Document Available (#1027247136)*

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-10-2014 | POS | - | | 80055340 | Oct 13 2014 10:58:23:407AM | - | $ 0.00 |

PROOF OF SERVICE SERVED NORTH STAR MUTUAL INSURANCE COMPANY ON 10-9-2014
📄 *Document Available (#1027243641)*

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-10-2014 | SMS | - | | 80055396 | Oct 13 2014 10:59:28:667AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: THE INSURANCE CENTER AGENCY INC., BY DEL COPY
TO RONALD G CAMPBELL ON 9-14-14
📄 *Document Available (#1027273026)*

| | | | | | | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-10-2014 | SMS | - | | 80055798 | Oct 13 2014 12:24:58:997PM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: REGIER, WASHECHECK AND JONES/WES BUELL/SUSAN
REGIER 9-15-14
📄 *Document Available (#1026946816)*

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-10-2014 | SMS | - | | 80055888 | Oct 13 2014 11:36:05:207AM | – | $ 0.00 |

SUMMONS RETURNED, SERVED: MERIDIAN CLAIMS SERVICE, LLC DEL TO REGIER, WASHECHECK AND JONES/SUSAN REGIER 9-15-14

📄 *Document Available (#1026946796)*

| 10-10-2014 | SMS | - | | 80055892 | Oct 13 2014 11:38:34:767AM | - | $ 0.00 |

SUMMONS RETURNED, SERVED: CORPORATION SERVICE COMPANY FOR ENGLE MARTIN & ASSOC INC ON 9-15-14

📄 *Document Available (#1026946800)*

Report Generated by The Oklahoma Court Information System at October 24, 2014 10:01 AM

End of Transmission.