IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAVERICK MART, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 14-cv-01165-F |
| | ) |
| NORTH STAR MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein with each party to bear its own attorneys' fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

*/s/ J. Drew Houghton*
(Signed by Filing Attorney with permission)
J. Drew Houghton, OBA No. 18080
FOSHEE & YAFFE
Post Office Box 890420
Oklahoma City, Oklahoma 73189
Phone: (405) 232-8080
Fax: (405) 601-1103
dhoughton@fosheeyaffe.com

-and-

Larry E. Bache, Jr., Esquire
MERLIN LAW GROUP, P.A.
FL State Bar No.: 91304
777 South Harbour Boulevard, 9th Floor
Tampa, Florida 33602
lbache@merlinlawgroup.com
Phone: (813) 229-1000
Fax: (813) 229-3692

-and-

Phillip N. Sanov, Esquire
MERLIN LAW GROUP
TX State Bar No.: 17635959
Three Riverway, Suite 701
Houston, Texas 77056
psanov@merlinlawgroup.com
Telephone: (713) 626-8880
Facsimile: (713) 626-8881

*Attorneys for Plaintiff*

-and-

*/s/ Erin J. Rooney*
Gerard F. Pignato, OBA No. 11473
Erin J. Rooney, OBA No. 31207
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:    405-606-3334
Email: jerry@pclaw.org; erin@pclaw.org

*Attorneys for Defendant, North Star Mutual Insurance Company*